562 F.2d 1015
 21 Fair Empl.Prac.Cas. 1252, 15 Empl. Prac.
Dec. P 7944
Josephine J. CHAMBLISS, Individually and on behalf of all
others similarly situated, Plaintiff-Appellant,
v.
J. R. FOOTE, Individually and as Chairman of Mathematics
Department, University of New Orleans, et al.,
Defendants-Appellees.
 No. 76-3628
Summary Calendar.*
 United States Court of Appeals,
Fifth Circuit.
 Nov. 10, 1977.
 
 Alvin O. Chambliss, Oxford, Miss., Hilliard Fazande, II, New Orleans, La., for plaintiff-appellant.
 Rutledge C. Clement, Jr., Harry A. Rosenberg, Bradley N. Gater, New Orleans, La., for defendants-appellees.
 Before AINSWORTH, MORGAN and GEE, Circuit Judges.
 PER CURIAM:
 
 
 1
 We affirm on the basis of the district court's opinion, Chambliss v. Foote, 421 F.Supp. 12 (E.D.La.1976). The motion to supplement the record is denied.
 
 
 
 *
 Rule 18, 5 Cir., Isbell Enterprises, Inc. v. Citizens Casualty Company of New York, et al., 5 Cir., 1970, 431 F.2d 409, Part I